**Leonard D. DuBoff**, OSB #774378
lduboff@dubofflaw.com
The DuBoff Law Group
6665 S.W. Hampton Street, Suite 200
Portland, Oregon 97223-8357
Telephone: (503) 968-8111
Facsimile: (503) 968-7228

Attorneys for Plaintiff
Pacific Wood Ventures, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PACIFIC WOOD VENTURES, LLC., an Oregon limited liability company,

                     Plaintiff,

v.

ABBY GHIASSY an individual and GENESIS MARKETING, LLC, Oregon limited liability company.

                     Defendants.

Civil Case No. 6:14-cv-01029-MC

ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE

The Court having considered the motions of the Plaintiff for an order on Granting Plaintiffs' Motion to Dismiss without Prejudice,

IT IS HEREBY ORDERED that Plaintiffs' Motion to Dismiss without Prejudice is hereby;

☒    Granted.

☐    Denied.

Dated this 29 day of January, 2015.

Submitted by
Leonard D. DuBoff
lduboff@dubofflaw.com

_____
Honorable Michael J. McShane

Page 1 – PROPOSED ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE

The DuBoff Law Group, PC
6665 SW Hampton Street, Suite 200
Portland, Oregon 97223-8357
Telephone (503) 968-8111
Facsimile (503) 968-7228